1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   ANTHONY ELTON LOVE, JR.,          )   No. 2:08-cv-0295-SPK
                                      )
8              Plaintiff,             )
                                      )
9        v.                           )
                                      )
10  STATE OF CALIFORNIA, KIMBERLY     )
    HOLMAN, RAYMOND DOMINGUEZ.        )
11                                    )
               Defendants.            )
12  _____ )

13

14  ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

15        Plaintiff Anthony Elton Love, Jr., is a state prisoner proceeding pro se.

16  Plaintiff seeks relief pursuant to 42 U.S.C § 1983 and has requested leave to

17  proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915.

18        Reviewing the IFP application, Plaintiff has submitted a declaration that

19  makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, Plaintiff's

20  request to proceed *in forma pauperis* is **GRANTED**.  Plaintiff is required to pay

21  the statutory filling fee of $350.00 for this action.  28 U.S.C. §§ 1914(a),

22  1915(b)(1).  When, as here, Plaintiff has insufficient funds available in his prison

23  trust account, the court does not assess an initial partial filing fee.  28 U.S.C. §

24  1915(b)(1).  Plaintiff is obligated, however, to make monthly payments of twenty

25  percent of the preceding month's income credited to Plaintiff's prison trust

26  account.  These payments shall be collected and forwarded by the appropriate

27

28                                    1

agency to the Clerk of the Court each time the amount in Plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity. 28 U.S.C. § 1915A(a). The court has completed initial screening and in a separate order will address whether the complaint as currently written sufficiently states a claim.

1. Plaintiff's request for leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The Director of the California Department of Corrections and Rehabilitation or a designee **shall collect from Plaintiff's prison account** monthly payments in an amount equal to twenty percent of the preceding month's income credited to Plaintiff's prison account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of Court. THE PAYMENTS SHALL BE CLEARLY IDENTIFIED BY THE NAME AND NUMBER ASSIGNED TO THIS ACTION.

3. The Clerk of the Court is DIRECTED to serve a copy of this Order on Plaintiff and on The Warden at California State Prison Sacramento, P.O. Box 290002, Represa, CA 95671.

IT IS SO ORDERED.

DATED: May 13, 2009.



_____
Samuel P. King
Senior United States District Judge

2