IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ELTON LOVE, JR., | No. 2:08-cv-0295-SPK |
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA, KIMBERLY HOLMAN, RAYMOND DOMINGUEZ. | |
| Defendants. | |

ORDER TO ENTER JUDGMENT AND CLOSE ACTION

By order dated May 13, 2009, the complaint in this case was dismissed with leave to amend. Plaintiff was given 30 days within which to file an amended complaint to attempt to cure identified deficiencies in the prior complaint. The order stated that if an amended complaint was not filed within 30 days, the Court will enter judgment in favor of Defendants and close the action. It has now been 40 days and no amended complaint has been filed.

Accordingly, judgment shall enter in favor of Defendants. The clerk shall close this action.

IT IS SO ORDERED.

DATED: June 23, 2009.

Samuel P. King
Senior United States District Judge